## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JOHNNY DAVIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | No. 1:05-cv-1113-JDT-TAB |
| | ) | |
| CHRISTOPHER MELOY, | ) | |
| Superintendent, | ) | |
| | ) | |
| Respondent. | ) | |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 03/20/2006

Laura Briggs, Clerk
United States District Court

*Evelyn A. Hollins*

By: Deputy Clerk

John Daniel Tinder, Judge
United States District Court

Distribution:

Johnny Davis
DOC #964078
Plainfield Correctional Facility
727 Moon Road
Plainfield, IN 46168

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770